

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 29, 2015

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. O'Hara, et al.**
            **Docket No. 14-4714**

Dear Ms. Wolfe:

    Pursuant to this Court's procedures for the setting of deadlines for filing briefs in criminal appeals, the Government respectfully submits this letter to request that it be permitted to file its brief on appeal on or before December 4, 2015, which would be approximately one and a half months beyond the ordinary 91-day deadline of October 20, 2015, for a total of approximately four and a half months. The Government requests this additional time based on the number and complexity of the issues presented on appeal. By way of background, on February 11, 2015, this Court granted each of the five defendants in this consolidated appeal more than five months – until July 21, 2015 – to file their respective briefs. (*See* Docket No. 121 (scheduling letter), 129 (order granting)). Defendants' opening briefs – all of which were oversized – exceed a combined total of 107,750 words. Counsel for the Government has conferred with defense counsel, and all defendants consent to this request.

In addition, the Government requests permission to file, as needed, a supplemental appendix with its brief on appeal in order to satisfy the requirements of Fed. R. App. P. 30 or to provide parts of the record that will assist the Court in resolving the questions presented on appeal.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____/s/_____
David M. Abramowicz
Christopher D. Frey
Andrea M. Griswold
Assistant United States Attorneys
Tel: (212) 637-6525 / -2270 / -1205

cc: Gordon Mehler, Esq.
Larry Krantz, Esq.
Jeremy Sporn, Esq.
Roland Riopelle, Esq.
Eric Breslin, Esq.
(via CM/ECF)