UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellee-Cross-Appellant,<br><br>- v. -<br><br>JEROME O'HARA et al.,<br><br>    Defendants-Appellants-Cross-Appellees. | STIPULATION<br><br>Dkt. Nos. 15-64, 15-66,<br>15-68, 15-71, 15-72 |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by PREET BHARARA, United States Attorney for the Southern District of New York, and David Abramowicz, Assistant United States Attorney, of counsel; JEROME O'HARA, the defendant, by and through his attorney, Gordon Mehler, Esq.; GEORGE PEREZ, the defendant, by and through his attorney, Larry Krantz, Esq.; ANNETTE BONGIORNO, the defendant, by and through her attorney, Roland Riopelle, Esq.; JOANN CRUPI, the defendant, by and through her attorneys, Eric Breslin, Esq. and Melissa Geller, Esq.; and DANIEL BONVENTRE, the defendant, by and through his attorney, Andrew Frisch, Esq., that the Government's Notices of Appeal in the above-captioned matters, filed on January 9, 2015, are hereby withdrawn.

Dated:    New York, New York
             November 23, 2014

                                    PREET BHARARA
                                    United States Attorney

                   By:    /s/
                         David Abramowicz
                         Assistant United States Attorney
                         (212) 637-6525

    /s/
Gordon Mehler, Esq.
Attorney for Defendant JEROME O'HARA

    /s/
Larry Krantz, Esq.
Attorney for Defendant GEORGE PEREZ

    /s/
Roland Riopelle, Esq.
Attorney for Defendant ANNETTE BONGIORNO

    /s/
Eric Breslin, Esq.
Melissa Geller, Esq.
Attorneys for Defendant JOANN CRUPI

    /s/
Andrew Frisch, Esq.
Attorney for Defendant DANIEL BONVENTRE